# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

EUREKA HOPSON,            )
                                   )
          Plaintiff,      )
                                   )
          v.              )      Civil Action No. 12-1449 (RJL)
                                   )
FEDERAL BUREAU OF PRISONS,   )
                                   )
          Defendant.     )

## ORDER

For the reasons stated in the accompanying Memorandum, it is this ____ day of

January, 2013,

    **ORDERED** that defendant's motion to dismiss [Dkt. # 9] is **GRANTED** as

conceded; and it is further

    **ORDERED** that this case is **DISMISSED**. This is a final appealable Order.

    **SO ORDERED.**

                               _____
                                 RICHARD J. LEON
                            United States District Judge